No. 223. THE STATE NATIONAL BANK, PLAINTIFF IN ERROR, *v.* D. P. RICHARDSON, CITY TAX COLLECTOR FOR THE CITY OF FRANKFORT, ET AL. In error to the Court

of Appeals of the State of Kentucky. Argued for the defendant in error and submitted for the plaintiff in error April 24, 1912. Decided April 29, 1912. *Per Curiam.* Dismissed for the want of jurisdiction. *Haseltine* v. *Bank*, 183 U. S. 130; *Schlosser* v. *Hemphill*, 198 U. S. 173, 175. *Mr. Thomas Kennedy Helm* for the plaintiff in error. *Mr. F. M. Dailey* for the defendants in error.